## IN THE UNITED STATES DISTRICT COURT
## FOR THE NOTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SIGMA CORPORATION OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>KHOROVSKY ENTERPRISES INC.<br>D/B/A WOODLAND HILLS CAMERA &<br>TELESCOPES,<br><br>Defendant. | Civil Action No.<br><br>**COMPLAINT**<br><br>JURY DEMANDED |

## COMPLAINT

Plaintiff SIGMA Corporation of America ("SIGMA America"), by and through its

undersigned counsel, brings this complaint against Defendant Khorovsky Enterprises Inc. D/B/A

Woodland Hills Camera & Telescopes for their violations of the Lanham Act, deceptive trade

practices, and unfair competition. In support thereof, based on knowledge or information and

belief formed after a reasonable inquiry, SIGMA America alleges as follows:

## I.    PARTIES

### SIGMA America

1.        SIGMA America sells, markets, distributes, and provides repairs and services

of optical devices made by a globally-acclaimed manufacturer in Japan, SIGMA Corporation

("SIGMA Japan"). SIGMA America is a leading provider of premium camera lenses, digital

cameras, flashes, accessories, and video-related products in the United States, Brazil, Argentina,

Costa Rica, and Panama. SIGMA Japan's cutting-edge, reliable optical technology is adapted to reflect the diverse demand of photo enthusiasts and satisfy camera users.

2.  SIGMA America is a New York corporation organized and existing under the laws of the state of New York with a principal place of business at 15 Fleetwood Court, Ronkonkoma, NY 11779.

3.  SIGMA Japan and its subsidiary SIGMA America (collectively "SIGMA") have taken extensive measures to maintain the high quality and functionality of SIGMA products. SIGMA engineers, sales representatives, and authorized distributors work together to achieve exceptional device performance and user experiences. SIGMA America sells and distributes products, manages product promotions and advertisement, establishes authorized dealerships, standardization and execution of product inspections, servicing, repairs, and customer service for all SIGMA Japan products sold in the United States. SIGMA America monitors the integrity and quality of genuine SIGMA products, and handles user feedback and complaints. SIGMA America promotes and protects SIGMA's good will, reputation, brand image in the United States, thus protecting SIGMA's famous trademarks (the "SIGMA Marks"). SIGMA America is SIGMA Japan's exclusive licensee for use of the SIGMA Marks in the United States, in connection with the sale, distribution, support, and servicing of cameras, lenses, and other photo equipment bearing those marks ("Genuine SIGMA Products").

4.　　　Since 1961, SIGMA Japan has conducted extensive research and development activities and has discovered groundbreaking technologies such as SIGMA's autofocus technology. Every lens, camera, and accessory are carefully manufactured and thoroughly inspected before the SIGMA Marks are attached. SIGMA's quality control department employs strict standards for the compliance to specifications, device performance, visual appearance, and the like. SIGMA Japan analyzes results of product examinations and other quality control data, communicates with registered users and authorized dealers, and updates user manuals.

5.　　　SIGMA packages Genuine SIGMA Products with U.S.-specific warranty cards and accessories. Consumers who purchase a new genuine SIGMA brand product directly from SIGMA America or one of its authorized U.S. dealers are exclusively entitled to coverage under SIGMA America's warranty, complimentary product repair, and customer service performed directly by SIGMA America.

**Defendant Woodland Hills**

6.　　　On information and belief, Khorovsky Enterprises Inc. d/b/a Woodland Hills Camera & Telescopes ("Woodland Hills"), based in Woodland Hills, California, is a California corporation organized and existing under the laws of California with a registered service address of 5348 Topanga Cyn Blvd. Woodland Hills, CA 91364 and doing business there, as well as online including at https://whcamera.com/, https://telescopes.net/, and through Amazon.com at

https://www.amazon.com/s?i=merchant-items&me=A3LTL8KVF3JJKW (the "Woodland Hills Amazon Storefront").

7.    Woodland Hills is not an authorized distributor of Genuine SIGMA Products in the United States.

8.    On information and belief, Woodland Hills instead sells materially different "gray market" products, initially purchased outside the United States, to U.S. consumers and without U.S.-specific warranty cards or accessories found with Genuine SIGMA Products ("Deceptive Products"). Woodland Hills generates substantial sales of these unauthorized and non-genuine Deceptive Products, which it improperly and without authorization markets and sells as if they were Genuine SIGMA Products, including via its online storefront and platforms such as Amazon.

9.    On information and belief, Woodland Hills purchases the Deceptive Products sold in other jurisdictions like China and Australia, from sellers who do not transact business with SIGMA America or authorized U.S. dealers. On information and belief, Woodland Hills then and sells the Deceptive Products to U.S. consumers at prices well below the price of Genuine SIGMA Products in the United States. This way, Woodland Hills can undercut authorized dealers who supply Genuine SIGMA Products.

10.     Benefiting from deceptive marketing, Woodland Hills lures consumers with huge markdowns, falsely advertises the Deceptive Products "are SIGMA devices" so that consumers would be tricked into believing that the Deceptive Products were Genuine SIGMA Products. Woodland Hills is not, and has never been authorized by SIGMA to sell SIGMA products or use the SIGMA Marks in the United States.

11.     Woodland Hills markets the Deceptive Products to maximize its sales, without disclosing that the Deceptive Products are unauthorized in the United States. Woodland Hills deliberately causes consumer confusion, creates deception as to the source, sponsorship, affiliation, geographical origin, characteristics, authenticity, and/or quality of the Deceptive Products. Woodland Hills' sales of the Deceptive Products blemishes SIGMA's impeccable reputation in optical devices. Further, Woodland Hills dilutes famous SIGMA Marks by spreading negative images about the SIGMA brand and gives the impression of suboptimal product quality and poor post-sale services. Woodland Hills has caused and will continue to cause irreparable harm to SIGMA's reputation and goodwill unless such conduct is enjoined. To prevent Woodland Hills' deceptive trade practices and unfair competition, SIGMA America seeks injunctive relief and an accounting of ill-gotten profits, along with costs, attorney's fees, punitive damages and other relief as more fully set forth below.

## II.      JURISDICTION AND VENUE

12.      This Court has jurisdiction over Plaintiff's federal claims under 15 U.S.C. §§ 1121 and 1125, under 28 U.S.C. §§ 1331, 1332, 1338(a) and (b). This court has supplemental jurisdiction over the remaining claims under 28 U.S.C. § 1367 under the principles of pendent jurisdiction because the state law claims are so related to the federal claims that they derive from a common nucleus of operative fact.

13.      This Court has personal jurisdiction over Woodland Hills because Woodland Hills has engaged acts of unfair competition and deceptive trade practices in the State of Illinois, has sold the Deceptive Products are within the State and within this judicial district and/or has engaged in continuous and systematic activities in the state of Illinois and within this judicial district.

14.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because a substantial part of the events that give rise to the claims occur within this District, the Defendant has committed acts in this District, has significant contacts within this District, and the Defendant's offerings are directed at individuals in this District.

## III.      FACTUAL BACKGROUND

### A.      SIGMA Marks and SIGMA America

15.     The SIGMA Marks include U.S. Registration No. 2204654 for cameras and flash lighting units in Class 9; and U.S. Registration No. 960842 for photographic lenses and lens adaptors in Class 9. The trademark application for the former trademark was filed in 1993 and granted in 1998. The application for the latter was filed in 1971 and granted in 1973. The SIGMA Marks for photographic lenses and lens adaptors have been used in commerce since as early as 1965.

16.     Both of these registrations are valid, subsisting, and in full force and effect.

17.     Copies of the registration certificates, along with TSDR status reports showing the current status for each registered SIGMA Marks are attached hereto as **Exhibit A**.

18.     SIGMA Japan is the owner of the SIGMA Marks. SIGMA Japan has licensed the SIGMA Marks exclusively to SIGMA America for use in the United States.

19.     SIGMA America has continuously and carefully used the SIGMA Marks in genuine SIGMA products' advertisement, promotion, distribution, and repair/servicing for many years, including but not limited to SIGMA America's website at https://www.sigmaphoto.com/ and other online marketing platforms, through authorized U.S. dealers, trade journals, catalogs, magazines, trade shows, and other means. SIGMA America's use of the SIGMA Marks has advanced SIGMA's established goodwill and furthered positive consumer attitudes toward the SIGMA brand in the United States. The SIGMA Marks are prominently featured on Genuine

SIGMA Products, as well as the website listing of Genuine SIGMA Products, product packaging, operating manuals, warranty information, and product literature, etc.

20.     SIGMA America has invested significant time and resources in brand management, such as advertisements and marketing of Genuine SIGMA Products in the United States to associate the SIGMA Marks with the exceptional quality and high performance of Genuine SIGMA Products.

21.     Consumers in the United States have come to rely upon the quality and reliability of products bearing the SIGMA Marks.

22.     As a result, the SIGMA Marks are well-known and highly distinctive: being used as unique identifiers of Genuine SIGMA Products. The SIGMA Marks have gained well-deserved recognition and garnered strong goodwill throughout the United States.

23.     SIGMA America ensures the quality of its genuine SIGMA products by devising and implementing SIGMA America's comprehensive warranty program, inspection, customer care, conducting dealer selection and authorization, and controlling product distribution. SIGMA America sells Genuine SIGMA Products directly online or through select authorized dealers listed on SIGMA America's website.

24.     Further, to better protect its consumers, SIGMA America raises public awareness and dedicates resources to educate the public as to the critical differences between

Genuine SIGMA Products and unauthorized products (gray market products). See

https://www.sigmaphoto.com/register, a true and correct PDF of which is attached as **Exhibit B**.

**B.      Defendant's Deceptive Conduct**

*1.      The Marketing and Sale of Materially Different Deceptive Products*

25.      Woodland Hills has distributed, marketed, advertised, promoted, offered for

sale and sold the Deceptive Products in the United States including online.

26.      On information and belief, Woodland Hills has done so knowingly and in bad

faith, and has taken active and deliberate measures to mislead consumers into believing that the

Deceptive Products are the same as Genuine SIGMA Products.

27.      In reality, the Deceptive Products are not authorized for distribution or sale in

the United States and are materially different from Genuine SIGMA Products.

28.      The material differences between the Deceptive Products and Genuine SIGMA

Products include, but are not limited, to the following:

*2.      Warranty Coverage*

29.      Purchasers of the Deceptive Products are not eligible for a warranty from

SIGMA America because the Deceptive Products are not accompanied by a U.S. warranty card,

and also because SIGMA America limits complimentary product repair to Genuine SIGMA

Products purchased from U.S. authorized SIGMA dealers. SIGMA America's warranty covers

Genuine SIGMA Products for a total of four years and protects against defects in manufacturing

and workmanship. Genuine SIGMA Products covered by SIGMA America's warranty are

eligible for free service and repairs under appropriate conditions.

30.     SIGMA America does not provide any warranties or benefits of any kind for

products that are not Genuine SIGMA Products (e.g., unlawful materially different gray market

products, including the Deceptive Products), and instead charges for repair services starting at

$250 plus parts and labor.

31.     The Deceptive Products do not include a receipt from an authorized dealer in

the United States. Users of the Deceptive Products therefore may not register the Deceptive

Products at SIGMA America's website and may not receive important product updates and

notices of product recalls. Also, the Deceptive Products are not provided the same authorized

repairs.

32.     Notwithstanding the above, on information and belief, Woodland Hills

deliberately promotes, distributes, advertises, and offers for sale the Deceptive Products without

disclosing to consumers that these are not, in fact, Genuine SIGMA Products, or disclosing that

they are not covered by SIGMA America's Warranty and customer services. On information and

belief, certain Woodland Hills consumers only learned that they purchased a Deceptive Product

instead of a genuine SIGMA product upon receiving a defective product and contacting SIGMA America for customer service.

33.     In other circumstances, Woodland Hills apparently fails to respond to consumer inquiries (e.g. requests for complimentary repair from authorized dealers or a replacement, under SIGMA America's warranty) received through Amazon for a substantial period of time and as a result, makes an inquiring consumer ineligible for a free return under Amazon's protection program.

34.     On information and belief, when consumers request a replacement, Woodland Hills may sometimes disclose the lack of warranty and other post-sale services.

35.     On information and belief, Woodland Hills rejects consumer requests for delivery of a Genuine SIGMA Product, not a Deceptive Product.

36.     On information and belief, Woodland Hills charges consumers a restocking fee of 20% when customers decide to return defective, unwanted products such as the Deceptive Products.

### 3.     Defective Products

37.     SIGMA's exquisite quality control system ensures that Genuine SIGMA Products possess the highest quality and superior performance. As one example, SIGMA Japan's proprietary ultra-high-definition sensors are developed to be used for the evaluation of optical

performance of SIGMA lenses. The quality and performance of Genuine SIGMA Products is

thus tested during a rigorous pre-shipment inspection before Genuine SIGMA Products leave

SIGMA's manufacturing factory. SIGMA America and authorized dealers reconfirm product

quality by regularly conducting inspections and other quality control measures. SIGMA America

does not allow Genuine SIGMA Products to be shipped to customers in unsealed packaging or

unaccompanied by adequate accessories and manuals. SIGMA's unique quality control programs

and exceptional efforts have been a critical part of the success of Genuine SIGMA Products in

the marketplace and have achieved today's customer confidence and loyalty.

38.     However, on information and belief, customers who purchased gray market

products from Woodland Hills Amazon Storefront have reported receiving products with a

jammed back cap, broken devices, items arriving damaged, ineligibility for free product repair or

device replacement, and other dissatisfaction with Woodland Hills' gray market products. *See*

https://www.amazon.com/sp?ie=UTF8&seller=A3LTL8KVF3JJKW&asin=B01C3SCKI6&ref_=

dp_merchant_link&isAmazonFulfilled=1, a true and correct printout of which is attached as

**Exhibit C**.

### 4.   *Poor Packaging*

39.     Genuine SIGMA Products are sold in sealed packaging with exterior product

descriptions that accurately inform consumers about the contents of the packaging. The

packaging and labels prevent injuries from, mishandling of, and defects to Genuine SIGMA

Products.

40.    Upon information and belief, Woodland Hills' gray market products such as the

Deceptive Products have been received in boxes that were already opened, not sealed, and/or

were not in the original packaging. **Exhibit C.**

5.    *Product Design*

41.    Genuine SIGMA Products are set up, explained, and labeled in English.

42.    On information and belief, Woodland Hills' gray market products such as the

Deceptive Products come with no guide or product service information in English. **Exhibit C**.

6.    *Opened Box, Refurbished Products Instead of New Products*

43.    Genuine SIGMA Products include precision optical devices that are not

opened, refurbished, or used before leaving SIGMA America's storage facility.

44.    On information and belief, customers who believed they purchased new

products from Woodland Hills Amazon Storefront have instead received opened, refurbished,

damaged products. These consumers have called Woodland Hills' operations fraudulent when

they receive products that are not up to their expectations and deviate from the specifications.

**Exhibit C**.

45.      On information and belief, the Deceptive Products are materially different from Genuine SIGMA Products in at least the following aspects: the products do not include SIGMA America warranty cards voiding any free repair through SIGMA America; the ineligibility for consumers to utilize SIGMA America's customer service; products are shipped in improper packaging; and the products have demonstrated substandard product performance.

46.      Customer complaints suggest that Woodland Hills does not utilize sufficient quality control processes to protect and maintain the high quality of the SIGMA products.

47.      Woodland Hills' advertisement and distribution of Deceptive Products damages the goodwill attached to the SIGMA Marks and SIGMA America's valuable brand image. If unrestrained, SIGMA America will continue to be harmed by Woodland Hills' deceptive advertisements, misleading and false statements, and poor customer service.

48.      According to publicly available complaints online, aggrieved Woodland Hills customers further report additional deceptive business practices, such as false descriptions and misinformation about characteristics of the Deceptive Products, such as warranty coverage. See, e.g., a third party customer Google Review a true and correct PDF of which is attached as **Exhibit D**.

49.      On August 26, 2024, counsel for SIGMA sent a cease-and-desist notice to Woodland Hills, requesting that Woodland Hills cease the unlawful activities described herein no

later than September 5, 2024. Woodland Hills did not respond, and upon information and belief, did not cease or otherwise abate its offer and sale of the Deceptive Products.

50.     Woodland Hills' unauthorized use of the SIGMA Marks in offering the Deceptive Products confuses consumers in the United States as to the source, sponsorship, geographical origin, affiliation, characteristics, quality, and authenticity of the Deceptive Products, which are materially different from Genuine SIGMA Products and not genuine.

51.     Woodland Hills harms SIGMA America and the public by placing unauthorized, materially different, Deceptive Products in the U.S. commerce, in a manner that confuses consumers as to the source, sponsorship, geographical origin, or affiliation of those products. **<u>Exhibit E</u>**.

52.     Woodland Hills has caused and, unless enjoined by the Court, will continue to cause reputational damage to SIGMA America, including when a consumer purchases a Deceptive Product and later learns that the Deceptive Product is not intended or authorized for U.S. distribution and not covered by any U.S. warranty.

53.     On information and belief, Woodland Hills intentionally acquires and distributes the Deceptive Products through these fraudulent, malicious, willful, and wanton business practices.

## COUNT I

## Federal Unfair Competition, False Description, and False Designation of Origin Under 15 U.S.C. § 1125(a)

54.　　SIGMA America repeats and re-alleges paragraphs 1 – 53 above, as if fully set forth herein.

55.　　The SIGMA Marks are valid, longstanding, and famous.

56.　　SIGMA America has exclusive rights in the SIGMA Marks in the United States pursuant to its license agreement with SIGMA Japan.

57.　　Woodland Hills cannot claim any legitimate rights in the SIGMA Marks, and even if they could, SIGMA America's rights in the SIGMA Marks accrued and would pre-date any rights such rights.

58.　　Woodland Hills' unlawful advertising, distribution, and/or sale of Deceptive Products using the SIGMA Marks constitutes a false designation of origin, false or misleading description of fact, or false or misleading representation of fact which is likely to cause confusion, mistake, or to deceive as to the affiliation, connection, sponsorship, or approval by SIGMA, because Woodland Hills' use of the SIGMA Marks falsely indicates that the Deceptive Products are Genuine SIGMA Products, which they are not.  In addition, Woodland Hills' acts in commercial advertising or promotion, misrepresent the nature, characteristics, qualities, or origin of its products to suggest that the Deceptive Products originate from, are sponsored by, and/or

approved by SIGMA, when in fact they are not. SIGMA does not approve or warrant the quality

and authenticity of the Deceptive Products. Woodland Hills' conduct thereby likely confuses,

deceives, and/or misleads the public.

59.     Further, Woodland Hills' use of the SIGMA Marks in the Deceptive Products

falsely represents that Woodland Hills is affiliated with and authorized by SIGMA, when in fact

it is not. SIGMA does not have any affiliation with or confer authorized dealership to Woodland

Hills. Woodland Hills' conduct thereby likely confuses, deceives, and/or misleads the public.

60.     Moreover, Woodland Hills' advertising, distribution, sale, and servicing of the

Deceptive Products constitutes a false advertising, because Woodland Hills falsely indicates that

the Deceptive Products are Genuine SIGMA Products that have equivalent characteristics (new,

unopened, unused, operability, usability, inclusion of accessories, U.S. warranty cards, English

set up, and specification) and qualities (fault-free, precise, high performance), when in fact they

are not.

61.     The Deceptive Products have materially different characteristics and quality

from Genuine SIGMA Products. Woodland Hills' conduct thereby likely confuses, deceives,

and/or misleads the public.

62.     Woodland Hills uses the SIGMA Marks and sells the Deceptive Products with

full knowledge of the following facts: the SIGMA Marks are exclusively associated with SIGMA

and exclusively designate Genuine SIGMA Products; the Deceptive Products do not originate from SIGMA America, are not sponsored by, or approved by SIGMA; Woodland Hills is unaffiliated with and unauthorized by SIGMA; and the Deceptive Products are materially different from genuine SIGMA products. On information and belief, Woodland Hills' acts of unfair competition are willful and deliberate with an intent to usurp the goodwill, brand image, and valuable reputation of SIGMA and the SIGMA Marks all to the determinant of SIGMA America.

63.     Woodland Hills unlawfully advertises, distributes, and sells Deceptive Products using the SIGMA Marks and representing that they are genuine SIGMA products, in violation of Section 43(a)(1) of the Lanham Act, 15 U.S.C. § 1125(a)(1).

64.     Woodland Hills' acts as described herein have also caused SIGMA America to suffer monetary harms in an amount to be determined at trial.

65.     As a result of the alleged unfair competition by Woodland Hills, SIGMA America has suffered and will continue to suffer damage to its business, goodwill, reputation, and profits, while Woodland Hills realizes unlawful profits. Woodland Hills has caused and is causing irreparable injury to SIGMA America and will continue to damage SIGMA America and deceive the public unless enjoined by this Court. SIGMA America has no adequate remedy at law.

## COUNT II
### Common Law Unfair Competition

66.     SIGMA America repeats and re-alleges paragraphs 1 – 65 above, as if fully set forth herein.

67.     Woodland Hills' unlawful advertising, distribution, and sale of the Deceptive Products constitutes a false designation of origin, sponsorship, and approval by SIGMA because Woodland Hills' use of the SIGMA Marks falsely indicates that the Deceptive Products are genuine SIGMA products that originate from, are sponsored by, and/or approved by SIGMA, when in fact they are not. Also, Woodland Hills' use of the SIGMA Marks in the Deceptive Products falsely represents that Woodland Hills is affiliated with and/or authorized by SIGMA, when in fact it is not. Woodland Hills' advertising, distribution, sale, and servicing of the Deceptive Products constitutes a false advertising, because Woodland Hills falsely indicates that the Deceptive Products have equivalent characteristics (new, unopened, unused, operability, usability, inclusion of accessories, U.S. warranty cards, English set up, label, and specification) and quality (fault-free, high performance, precision) with Genuine SIGMA Products, when in fact they are not. Woodland Hills' conduct is thereby likely to confuse, deceive, and/or mislead the public.

68.     Woodland Hills has used the SIGMA Marks and sold the Deceptive Products with full knowledge that the SIGMA Marks are associated exclusively with SIGMA and have been exclusively used to designate genuine SIGMA products. On information and belief, Woodland Hills knew that its use of the SIGMA Marks in the Deceptive Products would lead to consumer confusion, unfair advantage to Woodland Hills, at SIGMA's expense. Woodland Hills' acts of unfair competition are willful and deliberate with the intent to reap the benefit of the inherent goodwill and reputation associated with the SIGMA Marks.

69.     Woodland Hills' sale and distribution of the Deceptive Products constitutes common law unfair competition by passing off, misappropriation and unprivileged imitation under common law.

70.     Woodland Hills' acts as described herein have also caused SIGMA America to suffer monetary harms in an amount to be determined at trial.

71.     Woodland Hills has caused irreparable harm to SIGMA America and to its goodwill and reputation and will continue to damage, confuse, and deceive the public unless enjoined by this Court. SIGMA America has no adequate remedy at law, injunctive relief is warranted, and the public interest would be served by enjoining Woodland Hills' sale of the Deceptive Products.

## COUNT III

### Deceptive Trade Practices Under Illinois' Uniform Deceptive Trade Practices Act, Illinois Code Chapter 815 ILCS 510/2

72.     SIGMA America repeats and re-alleges paragraphs 1 – 71 above, as if fully set forth herein.

73.     Woodland Hills' distribution, marketing, promotion, offer for sale, and sale of the Deceptive Products, with use of the SIGMA Marks is deceptive and harmful to consumers and SIGMA because Woodland Hills advertises, represents, and indicates the Deceptive Products as Genuine SIGMA Products, when in fact they are materially different from Genuine SIGMA Products.

74.     Woodland Hills passes off the Deceptive Products as goods of SIGMA, under the guise that the Deceptive Products are Genuine SIGMA Products, when in fact they are not Genuine SIGMA Products.

75.     Woodland Hills' misleading statements and/or outright misrepresentations regarding the Deceptive Products cause confusion or misunderstanding among consumers as to the source, sponsorship, approval of the Deceptive Products because consumers believe that the Deceptive Products are Genuine SIGMA Products, when in fact they are not Genuine SIGMA Products.

76.     Woodland Hills' untrue statements and/or outright misrepresentations regarding the Deceptive Products cause confusion or misunderstanding among consumers as to affiliation, connection, or association with SIGMA because consumers form misbeliefs that the Deceptive Products are Genuine SIGMA Products, when in fact they are not Genuine SIGMA Products.

77.     Woodland Hills' deceptive statements regarding the feature of the Deceptive Products cause confusion or misunderstanding among consumers as to their geographic origin. Woodland Hills makes statements to make consumers believe that the Deceptive Products were originating from the United States, when in fact they are not originating from the United States.

78.     Woodland Hills makes confusing statements and/or outright misrepresentations regarding the characteristics, benefits, or quality of the Deceptive Products because Woodland Hills' statements and/or representations are untrue and deceptive as to the nature of its Deceptive Products, stating that the Deceptive Products have equivalent characteristics (new, unopened, unused, operability, usability, inclusion of accessories, U.S. warranty cards, English set up, label, and specification) and quality (fault-free, high performance, precision) with Genuine SIGMA Products, when in fact they do not.

79.     Woodland Hills has willfully engaged in deceptive acts and unfair practices in the conduct of business and furnishing of goods that have injured SIGMA America within the meaning and in violation of the Illinois Code Chapter 815 ILCS 510/2.

22

80.     The conduct of Woodland Hills described above, has caused, and if not enjoined, will continue to cause irreparable damage to the rights of SIGMA and the goodwill, reputation, and brand image of SIGMA when Woodland Hills usurps unlawful significant profits by distributing the Deceptive Products. SIGMA America has no adequate remedy at law.

81.     SIGMA America has also suffered monetary harms in an amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment as follows:

1.   That the Court issue a permanent injunction restraining Defendant and any of its affiliates, officers, agents, employees, representatives, servants, successors and assigns, and all others in privity or active concert with any of them, and each of them who receives notice directly or otherwise of such injunction, from:

   i.    using the SIGMA Marks through the marketing, distribution, offering for sale, sale, and/or promotion in the United States of Deceptive Products as defined herein or any products bearing the SIGMA Marks that are not offered for sale and use in the United States by Plaintiff;

   ii.   using any false designation of origin or false description, or performing any act which is likely to lead members of the trade or public to believe that any

Deceptive Product distributed, advertised, or sold by Defendant is in any manner

associated or connected with Plaintiff, or is sold, manufactured, licensed,

sponsored, approved, or authorized by Plaintiff;

iii.    engaging in deceptive trade practices, and from further engaging in any other

activity constituting unfair competition with Plaintiff;

2.      That the Court issue an order:

i.      directing Defendant, pursuant to 15 U.S.C. § 1118, to deliver to Plaintiff's counsel

for destruction all Deceptive Products bearing the SIGMA Marks, and any

variants thereof or any name or mark confusingly similar thereto, including all

labels, product packaging, inserts, advertisements, promotional material,

wrappers, and receptacles related thereto;

ii.     awarding Plaintiff of the amount of Defendant's profits;

iii.    awarding to Plaintiff interest, including pre-judgment interest, on the foregoing

sums;

iv.     awarding to Plaintiff its costs in this civil action, including reasonable attorneys'

fees and expenses, pursuant to 15 U.S.C. § 1117(a);

v.      awarding to Plaintiff damages three times the amount of actual damages, as the

Court finds appropriate;

vi.     directing Defendant, pursuant to 15 U.S.C. § 1116, to file with this Court and

serve upon Plaintiff's counsel within thirty (30) days after entry of judgment a

report in writing under oath, setting forth in detail the manner and form in which

it has complied with the above;

vii.    directing such other action as the Court may deem appropriate to prevent the trade

and public from deriving the erroneous impression that any Deceptive Products

advertised, offered, or promoted by or on behalf of Defendant are authorized,

affiliated, or sponsored by Plaintiff or corresponding in any way to Genuine

SIGMA Products sold under the SIGMA Marks in the United States; and,

3.      The Court order such other relief as it determines is just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff demands a jury trial on all issues so triable.

Dated: October 29, 2024

By: /s/ Tiffany D. Gehrke
Tiffany D. Gehrke
Ryan N. Phelan
Marshall, Gerstein & Borun LLP
6300 Willis Tower
233 S. Wacker Drive
Chicago, IL 60606
T: 312.474.6300
E: tgehrke@marshallip.com
E: rphelan@marshallip.com

Ryan Abbot *(pro hac vice to be filed)*
Kumiko Kitaoka *(pro hac vice to be filed)*
Brown Neri Smith & Khan, LLP
11601 Wilshire Blvd #2080
Los Angeles, CA 90025

E: ryan@bnsklaw.com
E: kumiko@bnsklaw.com

*Counsel for Plaintiff SIGMA Corporation of America*