IIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIGMA CORPORATION and<br>SIGMA CORORATION OF AMERICA,<br><br>    Plaintiffs,<br><br>v.<br><br>KHOROVSKY ENTERPRISES INC. d/b/a<br>WOODLAND HILLS CAMERA &<br>TELESCOPES<br><br>    Defendants. | Case No. 1:24-cv-11122<br><br>Judge Sara L. Ellis<br>Magistrate Judge M. David Weisman |

## NOTICE OF MOTION

Please take notice that on Thursday, March 20, 2025, at 1:45 p.m., or as soon thereafter as counsel may be heard, Plaintiffs, Sigma Corporation and Sigma Corporation of America, shall appear before the Honorable Sara L. Ellis in Courtroom 1403, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there will present the attached UNOPPOSED MOTION TO REMOVE FILING FROM DOCKET, a copy of which is accompanied herewith and served upon you.

Dated: March 17, 2025

Respectfully submitted,

By: */s/ Tiffany D. Gehrke*
    Tiffany D. Gehrke
    Ryan N. Phelan
    MARSHALL, GERSTEIN & BORUN LLP
    6300 Willis Tower, 233 South Wacker Drive
    Chicago, IL 60606
    (312) 474-6300
    tgehrke@marshallip.com
    rphelan@marshallip.com

    Ryan Abbot (pro hac vice)

Kumiko Kitaoka
Brown Neri Smith & Khan, LLP
11601 Wilshire Blvd. #2080
Los Angeles, CA  90025
E: ryan@bnsklaw.com
E: kumiko@bnsklaw.com

*Attorneys for Plaintiffs Sigma Corporation
and Sigma Corporation of America*